

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00185-CV

**IN THE INTEREST OF M.R.O.** and M.E.O.

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-03175
Honorable Richard Garcia, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because she qualifies as an indigent under TEX. R. APP. P. 20.

SIGNED September 25, 2013.

Catherine Stone, Chief Justice